**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **ROTATABLE TECHNOLOGIES LLC,**<br><br>　　　　**Plaintiff,**<br>　v.<br><br>**ACER AMERICA CORPORATION et al.,**<br><br>　　　　**Defendants.** | **CASE NO. 2:12-cv-00263-JRG-RSP**<br><br>**JURY TRIAL DEMANDED** |

## ORDER

Before the Court is Defendant Motorola Mobility, Inc.'s Unopposed Motion for Extension of Time to Respond to Plaintiff's Original Complaint. The Court is of the opinion that said Motion should be, and hereby is, GRANTED.

It is, therefore, ORDERED that Defendant shall have until August 10, 2012 to answer, move or otherwise respond to Plaintiff's Original Complaint.